FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2005 NOV -4 AM 10: 54

CLERK
SO. D         GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| LEROY SINGLETON, JR.,    )<br>                           )<br>   Movant,                 )<br>                           )<br>v.                         )<br>                           )<br>UNITED STATES OF AMERICA, )<br>                           )<br>   Respondent.            ) | Case No. CV605-122<br>[Underlying CR696-4] |

## REPORT AND RECOMMENDATION

Movant has filed a motion to vacate his federal sentence pursuant to 28 U.S.C. § 2255. Doc. 1. Movant has previously filed a § 2255 motion with this Court, and it was denied. CV600-122, Docs. 1, 5, 8. According to the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. 104-132, Stat. 1214, "before a second or successive application permitted by [§ 2255] is filed in the district court, the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A); see 28 U.S.C. § 2255 (cross-referencing § 2244 certification requirement).

The Seventh Circuit has held that this provision "is an allocation of subject-matter jurisdiction to the court of appeals. A district court *must* dismiss a second or successive petition, without awaiting any response from the government, unless the court of appeals has given approval for its filing." Nunez v. United States, 96 F.3d 990, 991 (7th Cir. 1996) (emphasis in original). The Eleventh Circuit has reached the same result. Hill v. Hopper, 112 F.3d 1088, 1089 (11th Cir. 1997) (finding district court lacked jurisdiction to consider second § 2254 petition); In re Medina, 109 F.3d 1556, 1561 (11th Cir. 1997) (holding district court properly denied successive petition because movant neglected to obtain certificate from federal appellate court authorizing consideration of motion).

Because movant has already filed under § 2255 and has failed to provide certification from the Eleventh Circuit authorizing this Court to consider this motion, this Court is without jurisdiction to consider movant's petition at this time. Accordingly, the Court recommends that the instant motion be DISMISSED as successive.

SO REPORTED AND RECOMMENDED this 4TH day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA